**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6306**

TONY L. MOORE,

                    Plaintiff - Appellant,

            v.

ANTHONY J. PADULA; MS. BELL; KEITH MCBRIDE; L. GREER,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Timothy M. Cain, District Judge. (5:11-cv-01033-TMC)

Submitted:  June 12, 2014            Decided:  June 25, 2014

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tony L. Moore, Appellant Pro Se.  Steven Michael Pruitt, MCDONALD, PATRICK, POSTON, HEMPHILL & ROPER, LLC, Greenwood, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony L. Moore appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Moore's motion to appoint counsel and affirm for the reasons stated by the district court. <u>Moore v. Padula</u>, No. 5:11-cv-01033-TMC (D.S.C. Jan. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>